1016

[No. 34638-5-I. Division One. December 29, 1995.]

*In the Matter of the Marriage of* PAULA S. GORDON, *Respondent, and* ARTHUR J. GORDON, ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Skagit County, No. 93-2-00140-4, George McIntosh, J., entered April 28, 1994. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Grosse and Webster, JJ.

[No. 34743-8-I. Division One. December 29, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JULIANNE TUCKER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 93-1-07412-0, Carmen Otero, J., entered May 23, 1994. *Dismissed* by unpublished per curiam opinion.

[No. 35226-1-I. Division One. December 29, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH PAUL DANIELS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 93-1-04362-3, Patricia H. Aitken, J., entered August 15, 1994. *Dismissed* by unpublished per curiam opinion.

[No. 35234-2-I. Division One. December 29, 1995.]

SEATTLE SCHOOL DISTRICT NO. 1, *Appellant*, v. DAVID FISHER, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 93-2-30486-2, William L. Downing, J., entered August 12, 1994. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Grosse and Becker, JJ.